IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trans Advantage,<br><br>    Plaintiff,<br><br>vs.<br><br>Pinos Altos Group, et al.,<br><br>    Defendants. | No. CV 14-1005-TUC-FRZ (JR)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Rateau that recommends granting Plaintiff's motion for remand.[1] As Defendants' objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Rateau, Defendants' objections are rejected and the Report and Recommendation is adopted.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) The Report and Recommendation (Doc. 12) is accepted and adopted.

(2) Plaintiff's motion for remand is granted. This action is remanded to its original forum in the Circuit Court of St. Louis County, Missouri, Cause No. 13SL-CC-03951.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1  (3) Defendants' "request for leave of court to file a motion to dismiss" (Doc. 15) is denied.
2  (4) The Clerk of the Court shall close the file in this case.

DATED this 16th day of May, 2014.

_____
Frank R. Zapata
Senior United States District Judge